IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

APR – 6 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-CR-20014 |
| ) | |
| vs. ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) & (b)(1)(A) |
| ) | Title 18, United States Code, |
| OSIRIS AKHIR, ) | Section 922(g)(1) |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
(Possession of Methamphetamine With Intent To Distribute)

**THE GRAND JURY CHARGES:**

On or about March 24, 2021, in Champaign County, in the Central District of Illinois,

**OSIRIS AKHIR,**

defendant herein, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A).

### COUNT 2
(Possession of a Firearm and Ammunition by a Felon)

**THE GRAND JURY CHARGES:**

On or about March 24, 2021, in Champaign County, in the Central District of Illinois,

**OSIRIS AKHIR,**

defendant herein, knowing he had previously been convicted in the United States District Court for the Northern District of Indiana of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, those being: (1) a Glock .40 caliber handgun with an obliterated or altered serial number; (2) sixteen rounds of Winchester .40 caliber Smith & Wesson ammunition; (3) two rounds of .40 caliber Smith & Wesson ammunition; (4) three rounds of 9mm Luger ammunition; (5) two rounds of MXT 20 9X19 ammunition; (6) thirteen rounds of R & P 9mm Luger ammunition; and (7) seventeen rounds of Winchester 9mm Luger ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES**:

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count Two of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about March 24, 2021, in the Central District of Illinois,

**OSIRIS AKHIR,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any

2

firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Glock .40 caliber handgun with an obliterated or altered serial number; (2) sixteen rounds of Winchester .40 caliber Smith & Wesson ammunition; (3) two rounds of .40 caliber Smith & Wesson ammunition; (4) three rounds of 9mm Luger ammunition; (5) two rounds of MXT 20 9X19 ammunition; (6) thirteen rounds of R & P 9mm Luger ammunition; and (7) seventeen rounds of Winchester 9mm Luger ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Gilmore

DOUGLAS J. QUIVEY
Acting United States Attorney

BDF  *BDF*