| BID BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date)<br>April 6, 2021 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

OSIRIS AKHIR -97075
2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL
Decatur, Illinois 62524

**TYPE OF ORGANIZATION** ("X" one)
[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER (Specify)

STATE OF INCORPORATION
Illinois / 112-94 615641

**SURETY(IES)** (Name and business address)

DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR
55 WATER STREET
NEW YORK CITY, NEW YORK 10041-0099

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NUMBER |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | 03/24/2021 | 21MJ3035 |
| | | | | | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: AI* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Sharon-Renee-Lloyd: AI SPOA | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: AI* (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 24 (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

| BID BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date)<br>April 6, 2021 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| OSIRIS AKHIR -97075<br>2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL<br>Decatur, Illinois 62524 | [X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE<br>[ ] CORPORATION   [ ] OTHER (Specify)<br>STATE OF INCORPORATION<br>Illinois / 112-94 615641 |

SURETY(IES) (Name and business address)

DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR
55 WATER STREET
NEW YORK CITY, NEW YORK 10041-0099

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE<br>03/24/2021 | INVITATION NUMBER<br>21MJ3035 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR (Construction, Supplies or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. Sharon-Renee-Lloyd: AI SPOA | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 24 (REV. 8/2016)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| SURETY B | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY F | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| SURETY G | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

### INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

STANDARD FORM 24 (REV. 8/2016) BACK

| PERFORMANCE BOND (See instructions on reverse) | DATE BOND EXECUTED *(Must be same or later than date of contract)* April 6, 2021 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

OSIRIS AKHIR - 97075
2310 Eat Mound Road - TROD 5B-03-MACON COUNTY JAIL
Decatur, Illinois 62524

**TYPE OF ORGANIZATION** *("X" one)*
[X] INDIVIDUAL   [ ] PARTNERSHIP   [ ] JOINT VENTURE
[ ] CORPORATION   [ ] OTHER *(Specify)*

**STATE OF INCORPORATION**
Illinois / 112-94 615641

**SURETY(IES)** *(Name(s) and business address(es))*

DEPOSITORY TRUST COMPANY
C/O OSIRIS AKHIR
55 WATER STREET
NEW YORK CITY, NEW YORK 10041-0099

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 03/24/2021 | CASE # 21MJ3035 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| SIGNATURE(S) | 1. Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) *(Typed)* | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) *(Typed)* | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. |

**CORPORATE SURETY(IES)**

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25 (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 8/2016) **BACK**

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>04/06/2021 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| OSIRIS AKHIR - 97075<br>2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL<br>Decatur, illinois 62524 | [X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br>[ ] CORPORATION  [ ] OTHER (Specify)<br>STATE OF INCORPORATION<br>Illinois / 112-94 615641 |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| DEPOSITORY TRUST COMPANY<br>C/O OSIRIS AKHIR<br>55 WATER STREET<br>NEW YORK CITY, NEW YORK 10041-0099 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE<br>03/24/2021 | CONTRACT NUMBER<br>CASE # 21MJ3035 | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. "Sharon-Renee-Lloyd". AI (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | |
|---|---|---|
| SIGNATURE(S) | 1. "Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. |

| | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is NOT usable | STANDARD FORM 25A (REV. 8/2016)<br>Prescribed by GSA-FAR (48 CFR) 53.2228(c) |
|---|---|

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A (REV. 8/2016) BACK**

| AFFIDAVIT OF INDIVIDUAL SURETY  (See instructions on reverse) | OMB Control Number: 9000-0001  Expiration Date: 3/31/2024 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF ILLINOIS | COUNTY OF COOK | SS. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print) OSIRIS AHMAD AKHIR | 2A. HOME ADDRESS (Number, Street, City, State, ZIP Code) 2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL, Decatur Illinois 62524 | |
|---|---|---|
| 3. TYPE AND DURATION OF OCCUPATION SURETY / LIFETIME | | |
| | 2B. TELEPHONE NUMBER N/A | 2C. EMAIL ADDRESS N/A |
| 4A. NAME AND ADDRESS OF EMPLOYER (Number, Street, City, State, ZIP Code) (If self-employed, so state) DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (Number, Street, City, State, ZIP Code) DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | |
| | 5B. SURETY BROKER EMAIL ADDRESS N/A | |
| 4B. EMPLOYER EMAIL ADDRESS N/A | 5C. HOME TELEPHONE NUMBER N/A | 5D. BUSINESS TELEPHONE NUMBER N/A |
| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY (Number, Street, City, State, ZIP Code) DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS N/A | 6C. ROUTING TRANSIT NUMBER (RTN) N/A |
| | 6D. CONTACT PERSON NAME N/A | 6E. CONTACT PERSON TELEPHONE NUMBER N/A |
| | 6F. CONTACT PERSON EMAIL ADDRESS N/A | |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. (LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).

GSA: SF24 BID BOND
GSA: SF25 PERFORMANCE BOND
GSA: SF25A PAYMENT BOND

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | STANDARD FORM 28 (REV. 2/2021) Prescribed by GSA-FAR (48 CFR) 53.228(e) |
|---|---|

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

CASE # 21MJ3035

---

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

N/A

---

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where appropriate)* |
|---|---|
| Sharon-Renee-Lloyd: AI | GSA: SF24, SF25, SF25A, & OF991 |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(or other jurisdiction)* | |
|---|---|---|
| MONTH: April  DAY: 6  YEAR: 2021 | Chicago Illinois | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)*  Kevin J Muhammad | d. SIGNATURE  Kevin J Muhammad | e. MY COMMISSION EXPIRES  Aug 22, 2021 |

KEVIN J MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 22, 2021

STANDARD FORM 28 (REV. 2/2021) PAGE 2

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  OSIRIS AKHIR , of  Illinois / 112-94 615641 , by a bond
             (Name)                      (Place of Residence)
for the performance of U.S. Government Contract Number  328906300 ,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

in Account Number  CASE # 21MJ3035  on deposit

at  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA
(Name of Financial Institution)

located at  218 U.S. COURTHOUSE 201 S. Vine Street, Urbana Illinois 61802 , and
(Address of Financial Institution)

Whereas I,  Sharon-Renee-Lloyd: Al as SPOA for Osiris-Ahmad: Akhir , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

CASE # 21MJ3035

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

UNITED STATES DISTRICT COURT CENTRAL DIST OF IL URBANA .
(Name of Financial Institution)

04/06/2021                        *Sharon-Renee-Lloyd: Al*
[Date]                            [Signature]

Seal

AUTHORIZED FOR LOCAL REPRODUCTION          OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA

UNITED STATES OF AMERICA
    Plaintiff

Case No. 21MJ3035

v.

OSIRIS AKHIR
    Respondent

Presiding Judicial/Administrator

## NOTICE OF FILING TERMINATION LETTER

To: UNITED STATES OF AMERICA CORPORATION

Please take notice that Sharon-Renee-Lloyd: Al as Specific Power of Attorney-in-fact for Osiris-Ahmad: Akhir is filing regarding OSIRIS AKHIR the beneficiary who is not able to file for himself. This NOTICE and TERMINATION LETTER is being filed on April __6__, 2021 in the CLERK'S OFFICE. A copy of this filing will be hand delivered directly after the filing.

Submitted By: _Sharon-Renee-Lloydi Al_
Specific Power of Attorney-in-Fact **UCC1-308**

**Sharon-Renee-Lloyd: Al**
Specific Power of Attorney-in-Fact
4642 S. Bishop Street, Unit 9534
Chicago, Illinois-Territory [60609]
c/o Osiris-Ahmad: Akhir
c/o OSIRIS AKHIR - 97075
c/o 2310 East Mound Road – TROD 5B-03-MACON COUNTY JAIL
Decatur, Illinois-Territory [62524]
Real Land North America

# OSIRIS AKHIR
# REVOCABLE LIVING TRUST
# TERMINATION LETTER

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA & UNITED STATES OF AMERICA CORPORATION

Date: April 6, 2021

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA
& UNITED STATES OF AMERICA CORPORATION
c/o OSIRIS AKHIR / 97075
218 U.S. COURTHOUSE / 201 S. VINE STREET
URBANA ILLINOIS 61802

Re: **21MJ3035** / Letter of Intent

Dear UNITED STATE DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA, UNITED STATES OF AMERICA CORPORATION and All non-contracted agents,

I submit this REVOCABLE TRUST TERMINATION LETTER to notify UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA & UNITED STATES OF AMERICA CORPORATION of Osiris-Ahmad: Akhir beneficiary of the trust OSIRIS AKHIR at this time rescind all signatures and will be exercising the right to full faith and credit in this matter. If your agencies or agents continue with this constructive trust this Trust intent is to submit a formal complaint with the UNITED STATES SUPREME COURT for constitutional violations which adds up to treason and genocide charges. If a formal complaint is filed from this trust, the maximum punishment is the debt to be paid for the harm caused in this matter. Some of the chargers that will be filed is attached to this Lawful Communication. This case/account has been bonded by the individual surety and the IRS OMB forms are to follow when they arrive from the DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICES.

Govern yourself accordingly.

Sharon-Renee-Lloyd: Al is going to be the point of contact on behalf of the beneficiary Osiris-Ahmad: Akhir:

Sharon-Renee-Lloyd: Al SPOA
c/o Osiris-Ahmad: Akhir Beneficiary
c/o 4642 S. Bishop Street, Unit 9534
Chicago, Illinois-Territory [60609]
312-852-1764

Thanks for your time and attention. I am looking forward to a speedy remedy.

Sincerely,

Autograph of Authorized Representative  Sharon-Renee-Lloyd: Al

Notary Signature  Commission Date August 22 2021



KEVIN J MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 22, 2021