E-FILED
Monday, 04 October, 2021 01:39:40 PM
Clerk, U.S. District Court, ILCD
V 4.0 8/4/20

# Instructions for Connection to Cisco Meeting Video Conference

## Hon. Judge Bruce

## AUDIO ONLY: 571-353-2300

## Code: 827466136#

**Step 1.** Open **Google Chrome** and copy/paste the link the following link into the address bar:

https://join.uc.uscourts.gov/invited.sf?secret=oyl7THQ5Wa00IXA_PeDDPg&id=827466136

**Step 2.** Once the webpage loads, type your first and last name into the *Your Name* field and select the **Join Meeting** button.



V 4.0 8/4/20

**Step 3:** On the next screen, select the little lock icon on the top near the address bar and make sure that both the <u>**Camera**</u> and <u>**Microphone**</u> settings are set to allow. There is a webcam preview available on this screen so make sure that the defendant and whoever else needs to be in the room with him or her are both visible. There is also a bar that shows the microphone level. Please make sure your microphone is in working order and that you can be heard on the video call.



V 4.0 8/4/20

**Step 4:** Once you reach this screen, you have now entered the meeting. Please wait for the courtroom to connect their side, if they have not already.



**NOTE:** If you happen to disconnect from the hearing before it is finished, you will come across a screen like this:



To get back into the meeting, select the **Join Meeting** option. At the following screen below, in the **Meeting ID** field, type in the following ID:

<p style="text-align:center;color:red;">**827466136**</p>

V 4.0 8/4/20



Once the ID is entered, select **Join Meeting** and you will be prompted to enter your name again.

If you have ANY issues connecting or are having difficulties hearing / seeing the judge or anything on the federal courtroom side, please contact:

| | |
|---|---|
| **Aaron Wilder**<br>Information Services Specialist (Peoria)<br>(309) 201-2127 CELL<br>OR<br>(309) 671-7180 DESK | **Dustin Henry**<br>Information Technology Administrator<br>(217) 492-4005 |
| **Rhonda Fleming**<br>Information Services Specialist<br>(217) 398-5247 | |