# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.     ) | **21-CR-20014** |
| ) | **21-CR-20020** |
| **OSIRIS AKHIR,** ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

The report of Defendant's examination ordered in 21-CR-20014 is expected to be filed in mid-February, 2022, which date is anticipated to be after the present trial setting.

IT IS THEREFORE ORDERED:

1. The Pretrial Conference set 1/31/2022 and the Jury Trial set 2/8/2022 in 21-CR-20014 are VACATED.

2. A telephone status conference is set for 2/25/2022 at 2:30 p.m. to discuss (1) regarding 21-CR-20014 setting a further hearing pursuant to 18 U.S.C. § 4247(d), if such further hearing is needed, and to set new pretrial and trial dates; and (2) regarding 21-CR-20020 for status.

3. The time between this date and 2/25/2022 shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) and (F).

ENTERED this 14th day of January, 2022.

<u>s/ Colin Stirling Bruce</u>
COLIN S. BRUCE
U.S. DISTRICT JUDGE