Omar-Akhir: Bey
c/o 1245 S. Michigan Ave. #310
Chicago Illinois-Territory [60605]
Real Land North America

RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60699
MAY 16, 22
AMOUNT
$5.51
R2304E106101-20

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL
60699
MAY 16, 22
AMOUNT
$3.05
R2304E106101-20

Osiris-Ahmad: Akhir #76818
c/o UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLIOIS URBANA
T.I.N.# E9980337206
201 South Vine Street Room 203
Urbana Illinois 61802