E-FILED
Wednesday, 25 May, 2022  12:13:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS. URBANA

FILED

MAY 25 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES OF AMERICA
    Plaintiff

v.

                                 Case No. 21-20014/21-20020

OSIRIS AKHIR
    Respondent                        Administrator Officer Collin S. Bruce

## NOTICE FILING NOTICE TERMINATING AUTHORITY OF ATTORNEY

To: UNITED STATES OF AMERICA CORPORATION

To: Joshua B. Adams / Attorney / Debt Collector
    LAW OFFICES OF JOSHUA B. ADAMS P.C.
    900 W. Jackson Blvd. 6 East
    Chicago Illinois-Territory 60607
    (312) 566-9173

Please take notice that Osiris-Ahmad: Akhir standing in propria persona is filing regarding his PERSON OSIRIS AKHIR the notice terminating Joshua B. Adams and his law offices in this matter. Please govern thyself accordingly.

Submitted By: _Osiris- Ahmad : Akhir_
              Specific Power of Attorney-in-Fact **UCC1-308**

**Osirus-Ahmad: Akhir, in propria persona**
Specific Power of Attorney-in-Fact
C/O LIVINGSTON COUNTY JAIL
844 W. Lincoln Street
Pontiac Illinois 61764



# NOTICE TERMINATING AUTHORITY OF ATTORNEY

To: Joshua B. Adams / Attorney
LAW OFFICES OF JOSHUA B. ADAMS P.C.
900 W. Jackson Blvd. 6 East
Chicago Illinois 60607
(312) 566-9173

Please take notice that from and after the date of this notice, your authority as attorney for the undersigned Osirus-Ahmad: Akhir, at LIVINGSTON COUNTY JAIL 844 W. Lincoln Street, Pontiac Illinois 61764, in the case of UNITED STATES OF AMERICA vs. OSIRUS AKHIR case # 21-20014 /21-20020 in the UNITED STATED DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS, URBANA Joshua B. Adams of LAW OFFICES OF JOSHUA B. ADAMS P.C. is terminated, and all professional relations of attorney and client with the undersigned client is ended.

You are to appear immediately before the court in which the above case is pending and, in accordance with this notice, enter on record your withdrawal as attorney. Client is no longer looking to have your services to date. At this time, the client will be communicating in this matter in the courtroom venue considering the client is fit to communicate for his own person.

WITNESS my autograph as of _5/16/2022_
                                    Date

_Osiris-Ahmad: Akhir_
Name of Client UCC 1-308

**Osirus-Ahmad: Akhir. in propria persona**
LIVINGSTON COUNTY JAIL
844 W. Lincoln Street
Pontiac Illinois 61764

21034432-1

# United States of America



## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Illinois, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifth day of June, 2021.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f), RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State



**STATE OF ILLINOIS**

**SECRETARY OF STATE**

COUNTRY OF DESTINATION :   JAMAICA

## CERTIFICATE

1. Country:                                   United States of America

This public document

2. has been signed by          KAREN A YARBROUGH

3. acting in the capacity of          COUNTY CLERK   COOK COUNTY

4. bears the seal/stamp of   STATE OF ILLINOIS

Certified

5. at      CHICAGO, ILLINOIS                              6. the        MARCH 30, 2021

7. by                    Secretary of State, State of Illinois

8. No.                           C21JW027565

9. Seal/Stamp :                              10. Signature:



*Jesse White*

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

This Certification only certifies the signature and the seal or stamp it bears. It does not certify content of the document for which it was issued.
THIS CERTIFICATION IS NOT VALID WITHIN THE UNITED STATES OF AMERICA

✿ Printed on recycled paper. Printed by authority of the State of Illinois. September 2020 — 108M — I 168.4

CERTIFICATION OF VITAL RECORDS

KAREN A. YARBROUGH, County Clerk

March 29, 2021

...n A. Yarbrough, County Clerk for the County of Cook, in the State of Illinois, and Keeper of the Records and files for Cook County do ...eby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office. IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office, in the applicable City within Cook County, while in the State of Illinois.

STATE OF ILLINOIS

**CERTIFICATE OF LIVE BIRTH**

CHILD'S BIRTH NUMBER
112-94 615641

MATCHING DC
REGISTRATION 16.10
DISTRICT NO
REGISTERED
NUMBER

**CHILD**

| CHILD'S NAME | FIRST | MIDDLE | LAST | DATE OF BIRTH (MONTH DAY YEAR) | TIME OF BIRTH |
|---|---|---|---|---|---|
| | OSIRIS | AHMAD | AKHIR | Apr. 15, 1994 | 03:10A M |

SEX Male   CHILD'S BLOOD TYPE —   CITY, TOWN, TWP, ROAD DIST. NO., OR LOCATION OF BIRTH   Chicago   COUNTY OF BIRTH   Cook

PLACE OF BIRTH   Hospital   FACILITY NAME (IF NOT INSTITUTION GIVE STREET AND NUMBER)   University of Illinois

I CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED SIGNATURE   DATE SIGNED   4-16-94   ATTENDANT'S NAME AND TITLE   NIZAR OLABI   M. D.

ILLINOIS LICENSE NUMBER   NONE

**CERTIFIER-ATTENDANT**

CERTIFIER'S NAME AND TITLE (TYPE/PRINT)   KENNA WHITLEY   CERTIFIER

ATTENDANT'S MAILING ADDRESS   1740 W TAYLOR   CHICAGO IL  60612

LOCAL REGISTRAR'S SIGNATURE   DATE FILED BY LOCAL REGISTRAR   APR 19 1994

**MOTHER**

MOTHER'S MAIDEN NAME (FIRST, MIDDLE, LAST)   REUNETTA   ROSS   DATE OF BIRTH (MONTH DAY YEAR)   01/22/70   BIRTHPLACE (STATE OR FOREIGN COUNTRY)   ILLINOIS

RESIDENCE STREET AND NUMBER   316 S SEALY   CITY, TOWN, TWP, OR ROAD DIST. NO.   CHICAGO   INSIDE CITY (YES/NO)   YES

COUNTY   COOK   STATE   IL   ZIP   60612   MOTHER'S MAILING ADDRESS (IF SAME AS RESIDENCE, ENTER ZIP CODE ONLY)

**FATHER**

FATHER'S NAME (FIRST MIDDLE LAST)   DATE OF BIRTH (MONTH DAY YEAR)   BIRTHPLACE (STATE OR FOREIGN COUNTRY)

**INFORMANT**

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

MOTHER'S SIGNATURE   FATHER'S SIGNATURE

VR 100 REV 4/83   INFORMATION FOR MEDICAL AND HEALTH USE ONLY   (Based on 1968 U.S. Standard Certificate)

6656752



**County of Cook**
**State of Illinois**

**Office of County Clerk**
**Karen A. Yarbrough**

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

KAREN A. YARBROUGH
COOK COUNTY CLERK



**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS, CHAMPAIGN ILLINOIS**

UNITED STATES OF AMERICA
    PLAINTIFF

v.                           CASE # 21-0014 / 21-20020

OSIRIS AKHIR
    RESPONDENT

## NOTICE FILING ANSWER TO COMPLAINT

To: UNITED STATES OF AMERICA CORPORATION

COME NOW, Specific Power of Attorney-in-fact for Osiris-Ahmad: Akhir is filing a copy of this
ANSWER TO COMPLAINT regarding the PERSON OSIRIS AKHIR; the beneficiary is not able to give
a copy to the PLAINTIFF or the administrator official so they will have to get it from the clerk's file.
Please govern yourself according.

Submitted By: _Osiris-Ahmad: Akhir_____
                  Specific Power of Attorney-in-Fact **UCC1-308**

**Osiris-Ahmad: Akhir**
**Specific Power of Attorney**
c/o LIVINGSTON COUNTY JAIL
844 West Lincoln Street
Pontiac Illinois 61764

| BID BOND | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB Control Number: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | April 6, 2021 | Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| OSIRIS AKHIR -97075<br><br>2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL<br><br>Decatur, Illinois 62524 | [X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br>[ ] CORPORATION  [ ] OTHER *(Specify)*<br>STATE OF INCORPORATION<br>Illinois / 112-94 615641 |

SURETY(IES) *(Name and business address)*

DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR
55 WATER STREET
NEW YORK CITY, NEW YORK 10041-0099

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE 04/06/2021 | INVITATION NUMBER 3:18-CR-94 & 3:18-cr-00094 |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | FOR *(Construction, Supplies or Services)* | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: AI* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Sharon-Renee-Lloyd: AI SPOA | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: AI* (Seal) | 2. (Seal) |
| NAME(S) *(Typed)* | 1. Sharon-Renee-Lloyd: AI as SPOA | 2. |

| CORPORATE SURETY(IES) | | | |
|---|---|---|---|
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| SURETY A | SIGNATURE(S) 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* 1. | | 2. | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is NOT usable | STANDARD FORM 24 (REV. 8/2016)<br>Prescribed by GSA - FAR (48 CFR) 53.228(a) |
|---|---|

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

**STANDARD FORM 24** (REV. 8/2016) **BACK**

| **PERFORMANCE BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) April 6, 2021 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) OSIRIS AKHIR - 97075 2310 Eat Mound Road - TROD 5B-03-MACON COUNTY JAIL Decatur, Illinois 62524 | TYPE OF ORGANIZATION ("X" one) [X] INDIVIDUAL [ ] PARTNERSHIP [ ] JOINT VENTURE [ ] CORPORATION [ ] OTHER (Specify) |
|---|---|

STATE OF INCORPORATION
Illinois / 112-94 615641

| SURETY(IES) (Name(s) and business address(es)) DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 11/19/2019 | | CONTRACT NUMBER CASES #3:18-CR-94 & 3:18-cr-00094 | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) | 3. (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. | 3. |

Corporate Seal

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 'Sharon-Renee-Lloyd: AI (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. |

| CORPORATE SURETY(IES) | | | |
|---|---|---|---|
| | | STATE OF INCORPORATION | LIABILITY LIMIT ($) |
| **SURETY A** NAME & ADDRESS | | | |
| SIGNATURE(S) | 1. | 2. | |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 25 (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

**CORPORATE SURETY(IES)** *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY C** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY D** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY E** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY F** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | | | STATE OF INCORPORATION | LIABILITY LIMIT ($) | |
| **SURETY G** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 8/2016) BACK

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>04/06/2021 | **OMB Control Number: 9000-0045**<br>**Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

OSIRIS AKHIR - 97075
2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL
Decatur, illinois 62524

**TYPE OF ORGANIZATION** *("X" one)*

[X] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE
[ ] CORPORATION  [ ] OTHER *(Specify)*

STATE OF INCORPORATION
Illinois / 112-94 615641

**SURETY(IES)** *(Name(s) and business address(es))*

DEPOSITORY TRUST COMPANY
C/O OSIRIS AKHIR
55 WATER STREET
NEW YORK CITY, NEW YORK 10041-0099

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 11/19/2019 | CASES # 3:18-CR-94 & # 3:18-cr-00094 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: Al* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Sharon-Renee-Lloyd: Al as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. | 3. | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Sharon-Renee-Lloyd: Al* (Seal) | 2. (Seal) | |
| NAME(S) *(Typed)* | 1. Sharon-Renee-Lloyd: Al as SPOA for Osiris-Ahmad: Akhir Beneficiary | 2. | |

| | | **CORPORATE SURETY(IES)** | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 25A (REV. 8/2016)**
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

### INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25A** (REV. 8/2016) **BACK**

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

**OMB Control Number: 9000-0001**
**Expiration Date: 3/31/2024**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF | COUNTY OF | |
|---|---|---|
| ILLINOIS | COOK | **SS.** |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2A. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| OSIRIS AHMAD AKHIR | 2310 East Mound Road - TROD 5B-03-MACON COUNTY JAIL, Decatur Illinois 62524 |

| 3. TYPE AND DURATION OF OCCUPATION | | |
|---|---|---|
| SURETY / LIFETIME | | |

| | 2B. TELEPHONE NUMBER | 2C. EMAIL ADDRESS |
|---|---|---|
| | N/A | N/A |

| 4A. NAME AND ADDRESS OF EMPLOYER *(Number, Street, City, State, ZIP Code) (If self-employed, so state)* | 5A. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* |
|---|---|
| DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 |

| | 5B. SURETY BROKER EMAIL ADDRESS |
|---|---|
| | N/A |

| 4B. EMPLOYER EMAIL ADDRESS | 5C. HOME TELEPHONE NUMBER | 5D. BUSINESS TELEPHONE NUMBER |
|---|---|---|
| N/A | N/A | N/A |

| 6A. NAME AND ADDRESS OF FINANCIAL INSTITUTION SUBMITTING THE PLEDGE OF SECURITIES ON BEHALF OF INDIVIDUAL SURETY *(Number, Street, City, State, ZIP Code)* | 6B. FINANCIAL INSTITUTION EMAIL ADDRESS | 6C. ROUTING TRANSIT NUMBER (RTN) |
|---|---|---|
| DEPOSITORY TRUST COMPANY C/O OSIRIS AKHIR 55 WATER STREET NEW YORK CITY, NEW YORK 10041-0099 | N/A | N/A |
| | 6D. CONTACT PERSON NAME | 6E. CONTACT PERSON TELEPHONE NUMBER |
| | N/A | N/A |
| | 6F. CONTACT PERSON EMAIL ADDRESS | |
| | N/A | |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND. *(LIST THE COMMITTEE ON UNIFORM SECURITIES IDENTIFICATION PROCEDURES (CUSIP) NUMBER AND PAR (FACE) AMOUNT OF EACH SECURITY).*

GSA: SF24 BID BOND
GSA: SF25 PERFORMANCE BOND
GSA: SF25A PAYMENT BOND

8. IDENTIFY ALL LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS.

CASE # 3:18-CR-94
CASE # 3:18-cr-00094

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN THREE YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

N/A

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(where ap...)* |
|---|---|
| Sharon-Renee-Lloyd: ₳ | GSA: SF24, SF25, SF25A, & OF90.91 |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | | | b. CITY AND STATE *(or other jurisdiction)* |
|---|---|---|---|
| MONTH | DAY | YEAR | Chicago Illinois |
| April | 6 | 2021 | |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
|---|---|---|
| Kevin J Muhammad | | Aug 22, 2021 |

KEVIN J MUHAMMAD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 22, 2021

STANDARD FORM 28 (REV. 2/2021) **PAGE 2**

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas ___OSIRIS AKHIR___ , of ___Illinois / 112-94 615641___ , by a bond
               (Name)                              (Place of Residence)
for the performance of U.S. Government Contract Number ___328906300___ ,
became a surety for the complete and successful performance of said contract, and Whereas said
surety has placed certain personal property in escrow

in Account Number ___CASE # 3:18-CR-94 & CASE # 3:18-cr-00094___ on deposit

at ___UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA___
                            (Name of Financial Institution)

located at ___102 FEDERAL BUILDING 204 S. Main Street, South Bend Indiana 46601___ , and
                            (Address of Financial Institution)

Whereas I, ___Sharon-Renee-Lloyd: AI as SPOA for Osiris-Ahmad: Akhir___ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined
that retention in escrow of the following property is no longer required to ensure further performance
of the said Government contract or satisfaction of claims arising therefrom:

CASE # 3:18-CR-94 & CASE # 3:18-cr-00094

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

___UNITED STATES DISTRICT COURT NORTHER DISTRICT OF INDIANA___ .
             (Name of Financial Institution)

04/06/2021
[Date]

Sharon-Renee-Lloyd: AI
[Signature]

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

Do Not Staple       6969

**Form 1096**
(Rev. February 2021)
Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

2021

FILER'S name

OSIRIS AKHIR/AI as SPOA / Sharon-Renee-Lloyd'

Street address (including room or suite number)

% 4642 S. Bishop Street #9534

City or town, state or province, country, and ZIP or foreign postal code

Chicago

| Name of person to contact | Telephone number | **For Official Use Only** |
|---|---|---|
| Sharon-Renee-Lloyd' AI | N/A | |
| Email address | Fax number | |
| N/A | N/A | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099 CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1098 PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ Sharon-Renee-Lloyd' AI

Title ▶ Authorized Agent Private Banker

Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. The Taxpayer First Act of 2019, enacted July 1, 2019, authorized the Department of the Treasury and the IRS to issue regulations that reduce the 250-return requirement for 2021 tax returns. If those regulations are issued and effective for 2021 tax returns required to be filed in 2022, we will post an article at *www.irs.gov/Form1099* explaining the change. Until regulations are issued, however, the number remains at 250, as reflected in these instructions. For more information, see part F in the 2021 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2022.

• With Forms 1099-NEC, file by January 31, 2022.

• With Forms 5498, file by May 31, 2022.

**Where To File**

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service Austin Submission Processing Center P.O. Box 149213 Austin, TX 78714 |

Do Not Staple    6969

**Form 1096**
(Rev. February 2021)
Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

2021

FILER'S name

OSIRIS AKHIR /Sharon-Renee-Lloyd: /Al as SPOA

Street address (including room or suite number)

c/o 4642 S. Bishop Street #9534

City or town, state or province, country, and ZIP or foreign postal code

Chicago, Illinois 60609

Name of person to contact

Sharon-Renee-Lloyd: Al

Telephone number

N/A

**For Official Use Only**

Email address

N/A

Fax number

N/A

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | N/A | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ Sharon-Renee-Lloyd: Al    Title ▶ Authorized Agent Private Banker    Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. The Taxpayer First Act of 2019, enacted July 1, 2019, authorized the Department of the Treasury and the IRS to issue regulations that reduce the 250-return requirement for 2021 tax returns. If those regulations are issued and effective for 2021 tax returns required to be filed in 2022, we will post an article at *www.irs.gov/Form1099* explaining the change. Until regulations are issued, however, the number remains at 250, as reflected in these instructions. For more information, see part F in the 2021 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2022.

• With Forms 1099-NEC, file by January 31, 2022.

• With Forms 5498, file by May 31, 2022.

## Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service Austin Submission Processing Center P.O. Box 149213 Austin, TX 78714 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Cat. No. 14400O          Form **1096** (2021)

Do Not Staple    6969

**Form 1096**
(Rev. February 2021)
Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

2021

FILER'S name

*Sharon-Renee-Lloyd,*
OSIRIS AKHIR/Al as SPOA

Street address (including room or suite number)

C/o 4642 S. Bishop Street #9534

City or town, state or province, country, and ZIP or foreign postal code

Chicago Illinois 60609

Name of person to contact: Sharon-Renee-Lloyd, Al

Telephone number: N/A

Email address: N/A

Fax number: N/A

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | N/A | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**
**Send this form, with the copies of the form checked in box 6, to the IRS in a flat mailer (not folded).**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ *Sharon-Renee-Lloyd, Al*

Title ▶ *Authorized Agent Private Bank*

Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. The Taxpayer First Act of 2019, enacted July 1, 2019, authorized the Department of the Treasury and the IRS to issue regulations that reduce the 250-return requirement for 2021 tax returns. If those regulations are issued and effective for 2021 tax returns required to be filed in 2022, we will post an article at *www.irs.gov/Form1099* explaining the change. Until regulations are issued, however, the number remains at 250, as reflected in these instructions. For more information, see part F in the 2021 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2022.

• With Forms 1099-NEC, file by January 31, 2022.

• With Forms 5498, file by May 31, 2022.

**Where To File**

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service Austin Submission Processing Center P.O. Box 149213 Austin, TX 78714 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Cat. No. 14400O

Form **1096** (2021)

## Form 1099-A (first form)

8080  ☐ VOID  ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AKHIR — 97075
2310 E. Mound Rd → TROD-5B-03
Decatur, Illinois 62524

OMB No. 1545-0877
2021
Form 1099-A

**Acquisition or Abandonment of Secured Property**

LENDER'S TIN: 32-8906300   BORROWER'S TIN

1 Date of lender's acquisition or knowledge of abandonment: 03/24/2021

2 Balance of principal outstanding $

Copy A
For Internal Revenue Service Center
File with Form 1096.

BORROWER'S name: UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA

3

4 Fair market value of property $

Street address (including apt. no.): 218 US Courthouse/ 201 S. Vine Street

5 Check if the borrower was personally liable for repayment of the debt ► ☑

City or town, state or province, country, and ZIP or foreign postal code: Urbana, Illinois 61802

6 Description of property: OSIRIS AHKIR TRUST GSA SF24 BOND $ ?

Account number (see instructions): CASE # 21 MJ 3035

For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Form 1099-A   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

## Form 1099-A (second form)

8080  ☐ VOID  ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AKHIR — 97075
2310 E. Mound Rd → TROD-5B-03
Decatur, Illinois 62524

OMB No. 1545-0877
2021
Form 1099-A

**Acquisition or Abandonment of Secured Property**

LENDER'S TIN: 32-8906300   BORROWER'S TIN

1 Date of lender's acquisition or knowledge of abandonment: 03/24/2021

2 Balance of principal outstanding $

Copy A
For Internal Revenue Service Center
File with Form 1096.

BORROWER'S name: UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA

3

4 Fair market value of property $

Street address (including apt. no.): 218 US Courthouse/ 201 S. Vine Street

5 Check if the borrower was personally liable for repayment of the debt ► ☑

City or town, state or province, country, and ZIP or foreign postal code: Urbana, Illinois 61802

6 Description of property: OSIRIS AHKIR TRUST GSA SF25 BOND $ ?

Account number (see instructions): CASE # 21 MJ 3035

For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Form 1099-A   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

## Form 1099-A (third form)

8080  ☐ VOID  ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AKHIR — 97075
2310 E. Mound Rd → TROD-5B-03
Decatur, Illinois 62524

OMB No. 1545-0877
2021
Form 1099-A

**Acquisition or Abandonment of Secured Property**

LENDER'S TIN: 32-8906300   BORROWER'S TIN

1 Date of lender's acquisition or knowledge of abandonment: 03/24/2021

2 Balance of principal outstanding $

Copy A
For Internal Revenue Service Center
File with Form 1096.

BORROWER'S name: UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA

3

4 Fair market value of property $

Street address (including apt. no.): 218 US Courthouse/ 201 S. Vine Street

5 Check if the borrower was personally liable for repayment of the debt ► ☑

City or town, state or province, country, and ZIP or foreign postal code: Urbana, Illinois 61802

6 Description of property: OSIRIS AHKIR TRUST GSA SF25A BOND $ ?

Account number (see instructions): CASE # 21 MJ 3035

For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns.

Form 1099-A   Cat. No. 14412G

---

8585    ☐ VOID   ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 03/24/2021 | OMB No. 1545-1424 |
| --- | --- | --- |
| OSIRIS AKHIR-97075 SB 2310 E. Mound Rd → TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2021 Cancellation of Debt Form 1099-C |
| | 3 Interest, if included in box 2 $ | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AKHIR TRUST GSA SF24 BOND $ ? SO they will fill out #2 ½ #7 | Copy A For Internal Revenue Service Center |
| --- | --- | --- | --- |
| DEBTOR'S name UNITED STATES DIST. COURT CEN-TRAL DIST. OF ILLINOIS, URBANA | | | File with Form 1096. |
| Street address (including apt. no.) /201 S. Vine 218 US Courthouse Street | | 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code Urbana, Illinois 61802 | | | |
| Account number (see instructions) CASE # 21 MJ 3035 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C    Cat. No. 26280W    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

8585    ☐ VOID   ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 03/24/2021 | OMB No. 1545-1424 |
| --- | --- | --- |
| OSIRIS AKHIR-97075 2310 E. Mound Rd → TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2021 Cancellation of Debt Form 1099-C |
| | 3 Interest, if included in box 2 $ | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AKHIR TRUST GSA SF25 BOND $ ? So debtor will fill out #2 ½ #7 | Copy A For Internal Revenue Service Center |
| --- | --- | --- | --- |
| DEBTOR'S name UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA | | | File with Form 1096. |
| Street address (including apt. no.) 201 S. Vine Street | | 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☑ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code Urbana, Illinois 61802 | | | |
| Account number (see instructions) CASE # 21 MJ 3035 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C    Cat. No. 26280W    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

8585    ☐ VOID   ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event 03/24/2021 | OMB No. 1545-1424 |
| --- | --- | --- |
| OSIRIS AKHIR - 97075 2310 E. Mound Rd → TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2021 Cancellation of Debt Form 1099-C |
| | 3 Interest, if included in box 2 $ | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AKHIR TRUST GSA SF25A BOND $ ? So debtor will fill out # 2 ½ #7 | Copy A For Internal Revenue Service Center |
| --- | --- | --- | --- |
| DEBTOR'S name UNITED STATES DIST COURT CENTRAL DIST. OF ILLINOIS, URBANA | | | File with Form 1096. |
| Street address (including apt. no.) 201 S. Vine Street | | 5 Check here if the debtor was personally liable for repayment of the debt ▶ ☑ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code Urbana, Illinois 61802 | | | |
| Account number (see instructions) CASE # 21 MJ 3035 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C    Cat. No. 26280W

9696   ☐ VOID   ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Original issue discount for the year   2021 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|---|
| OSIRIS AKHIR - 97075 2310 E. Mound Rd. →TROD-5B-03 Decatur, Illinois 61802 | | $ | Form **1099-OID** (Rev. October 2019) | |
| | | 2 Other periodic interest | For calendar year 20 **21** | |
| | | $ | | |
| PAYER'S TIN 32-8906300 | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A |
| | | 5 Market discount | 6 Acquisition premium | For Internal Revenue Service Center |
| RECIPIENT'S name UNITED STATES DIST. COURT CEN-TRAL DIST. OF IL, URBANA | | $ | $ | File with Form 1096. |
| | | 7 Description OSIRIS AKHIR TRUST GSA SF24 $ ? So Recipient will fill out #1, #4, #8 ? #11 all same amount. | | |
| Street address (including apt. no.) 201 S. Vine Street | | | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code Decatur, Illinois 61802 | | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) CASE # 21MJ3035 | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form 1099-OID (Rev. 10-2019)   Cat. No. 14421R   www.irs.gov/Form1099OID   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

9696   ☐ VOID   ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Original issue discount for the year   2021 | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|---|
| OSIRIS AKHIR - 97075 2310 E. Mound Rd →TROD-5B-03 Decatur, Illinois 61802 | | $ | Form **1099-OID** (Rev. October 2019) | |
| | | 2 Other periodic interest | For calendar year 20 **21** | |
| | | $ | | |
| PAYER'S TIN 32-8906300 | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A |
| | | 5 Market discount | 6 Acquisition premium | For Internal Revenue Service Center |
| RECIPIENT'S name UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA | | $ | $ | File with Form 1096. |
| | | 7 Description OSIRIS AKHIR TRUST GSA SF25 $ ? So Recipient will fill out #1, #4, #8 ? #11 all same amount. | | |
| Street address (including apt. no.) 201 S. Vine Street | | | | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code Decatur, Illinois 61802 | | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) CASE # 21MJ3035 | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form **1099-OID** (Rev. 10-2019)   Cat. No. 14421R   www.irs.gov/Form1099OID   Department of the Treasury - Internal Revenue Service

☐ VOID  ☑ CORRECTED

| PAYER'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year  2021 | OMB No. 1545-0117 | |
|---|---|---|---|
| OSIRIS AKHIR - 97075 | $ | Form **1099-OID** | **Original Issue Discount** |
| 2310 E. Mound Rd →TROD-5B-03 | | (Rev. October 2019) | |
| Decatur, Illinois 61802 | 2 Other periodic interest | For calendar year 20 21 | |
| | $ | | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy 1 |
|---|---|---|---|---|
| 32-8906300 | | $ | $ | |
| | | 5 Market discount | 6 Acquisition premium | **For State Tax Department** |

| RECIPIENT'S name | 7 Description | | |
|---|---|---|---|
| UNITED STATES DIST. COURT CEN-TRAL DIST OF IL, URBANA | $ | OSIRIS AKHIR TRUST GSA SF24 $ ? So Recipient will fill out #1, #4, #8 # 11 all same amount. | |
| Street address (including apt. no.) 201 S. Vine Street | | | |
| City or town, state or province, country, and ZIP or foreign postal code Decatur, Illinois 61802 | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
| Account number (see instructions) CASE # 21MJ3035 | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form **1099-OID** (Rev. 10-2019)          www.irs.gov/Form1099OID          Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☑ CORRECTED

| PAYER'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year  2021 | OMB No. 1545-0117 | |
|---|---|---|---|
| OSIRIS AKHIR - 97075 | $ | Form **1099-OID** | **Original Issue Discount** |
| 2310 E. Mound Rd →TROD-5B-03 | | (Rev. October 2019) | |
| Decatur, Illinois 61802 | 2 Other periodic interest | For calendar year 20 21 | |
| | $ | | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty | 4 Federal income tax withheld | Copy 1 |
|---|---|---|---|---|
| 32-8906300 | | $ | $ | |
| | | 5 Market discount | 6 Acquisition premium | **For State Tax Department** |

| RECIPIENT'S name | 7 Description | | |
|---|---|---|---|
| UNITED STATES DIST. COURT CENTRAL DIST. OF ILLINOIS, URBANA | $ | OSIRIS AKHIR TRUST GSA SF25 $ ? So Recipient will fill out #1, #4, #8 # 11 all same amount. | |
| Street address (including apt. no.) 201 S. Vine Street | | | |
| City or town, state or province, country, and ZIP or foreign postal code Decatur, Illinois 61802 | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
| Account number (see instructions) CASE # 21MJ3035 | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form **1099-OID** (Rev. 10-2019)          www.irs.gov/Form1099OID          Department of the Treasury - Internal Revenue Service

9696 ☐ VOID ☑ CORRECTED

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>OSIRIS AKHIR-97075<br>2310 E. Mound Rd-TROD-5B-03<br>Decatur, Illinois 61802 | 1 Original issue discount for the year 2021<br>$<br><br>2 Other periodic interest<br>$ | OMB No. 1545-0117<br><br>Form **1099-OID**<br>(Rev. October 2019)<br><br>For calendar year<br>20**21** | **Original Issue Discount** |

| PAYER'S TIN<br><br>32-8906300 | RECIPIENT'S TIN | 3 Early withdrawal penalty<br>$<br>5 Market discount<br>$ | 4 Federal income tax withheld<br>$<br>6 Acquisition premium<br>$ | **Copy A** |

| RECIPIENT'S name<br>UNITED STATES DIST. COURT CEN-<br>TRAL DIST. OF IL, URBANA | | **For Internal Revenue Service Center** |

| Street address (including apt. no.)<br>201 S. Vine Street | 7 Description<br>OSIRIS AKHIR TRUST GSA<br>SF25A $? So Recipient<br>will fill out #1, #4, #8, &<br>#11 all same amount. | File with Form 1096. |

| City or town, state or province, country, and ZIP or foreign postal code<br>Decatur, Illinois 61802 | 8 Original issue discount on U.S. Treasury obligations<br>$ | 9 Investment expenses<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |

| | FATCA filing requirement ☐ | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ |

| Account number (see instructions)<br>CASE # 21 MJ 3035 | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld<br>$<br>$ |

Form **1099-OID** (Rev. 10-2019)  Cat. No. 14421R  www.irs.gov/Form1099OID  Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

9696 ☐ VOID ☐ CORRECTED

| | | |
|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year<br>$<br><br>2 Other periodic interest | OMB No. 1545-0117<br><br>Form **1099-OID**<br>(Rev. October 2019)<br><br>For calendar year<br>20____ | **Original Issue Discount** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty<br>$<br>5 Market discount<br>$ | 4 Federal income tax withheld<br>$<br>6 Acquisition premium<br>$ | **Copy A** |

| RECIPIENT'S name | | **For Internal Revenue Service Center** |

| Street address (including apt. no.) | 7 Description | File with Form 1096. |

| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations<br>$ | 9 Investment expenses<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |

| | FATCA filing requirement ☐ | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ |

| Account number (see instructions) | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld<br>$<br>$ |

Form **1099-OID** (Rev. 10-2019)  Cat. No. 14421R  www.irs.gov/Form1099OID  Department of the Treasury - Internal Revenue Service

Do Not Staple   6969

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

2018

FILER'S name

OSIRIS AKIHR / Sharon-Renee-Lloyd: AI as SPOA

Street address (including room or suite number)

C/o 4642 S. Bishop St. #9534

City or town, state or province, country, and ZIP or foreign postal code

Chicago, Illinois 60609

Name of person to contact
Sharon-Renee-Lloyd: AI

Telephone number
N/A

**For Official Use Only**

Email address
N/A

Fax number
N/A

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | N/A | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.        7 Form 1099-MISC with NEC in box 7, check ▶ ☐

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ Sharon-Renee-Lloyd: AI    Title ▶ Authorized Agent Private Agent    Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE system. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2018 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2019.

**Caution:** We recommend you file Form 1099-MISC, as a **stand-alone** shipment, by January 31, 2019, if you are reporting **nonemployee compensation (NEC)** in box 7. Also, check box 7 above.

• With Forms 5498, file by May 31, 2019.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

Cat. No. 14400O     Form **1096** (2018)

Do Not Staple    6969

| Form **1096** | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | 2018 |

FILER'S name

OSIRIS AKHIR / Sharon-Renee-Lloyd: AI as SPOA

Street address (including room or suite number)

C/o 4642 S. Bishop #9534

City or town, state or province, country, and ZIP or foreign postal code

Chicago, Illinois 60609

| Name of person to contact | Telephone number | **For Official Use Only** |
|---|---|---|
| OSIRIS Sharon-Renee-Lloyd: AI | N/A | |
| Email address   N/A | Fax number   N/A | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | N/A | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.    7 Form 1099-MISC with NEC in box 7, check ▶ ☐

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Authorized Agent
Private Agent

Signature ▶ Sharon-Renee-Lloyd: AI    Title ▶    Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096.*

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE system. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2018 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2019.

**Caution:** We recommend you file Form 1099-MISC, as a **stand-alone** shipment, by January 31, 2019, if you are reporting **nonemployee compensation (NEC)** in box 7. Also, check box 7 above.

• With Forms 5498, file by May 31, 2019.

## Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in ▼ | Use the following three-line address ▼ |
|---|---|
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.    Cat. No. 14400O    Form **1096** (2018)

Do Not Staple    6969

Form **1096**

Department of the Treasury
Internal Revenue Service

**Annual Summary and Transmittal of U.S. Information Returns**

OMB No. 1545-0108

2018

FILER'S name
OSIRIS AKHIR / Al as SPOA    Sharon-Renee-Lloyd:

Street address (including room or suite number)
℅ 4642 S. Bishop #9534

City or town, state or province, country, and ZIP or foreign postal code
Chicago, Illinois 60609

Name of person to contact
Sharon-Renee-Lloyd; Al

Telephone number
N/A

Email address
N/A

Fax number
N/A

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| 32-8906300 | N/A | 3 | $ | $ |

6 Enter an "X" in only one box below to indicate the type of form being filed.

7 Form 1099-MISC with NEC in box 7, check ▶ ☐

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ Sharon-Renee-Lloyd: Al

Title ▶ Authorized Agent Private Agent

Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.

**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE system. See Pub. 1220.

**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.

**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2018 General Instructions for Certain Information Returns.

Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.

**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.

Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.

• With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by February 28, 2019.

**Caution:** We recommend you file Form 1099-MISC, as a **stand-alone** shipment, by January 31, 2019, if you are reporting **nonemployee compensation (NEC)** in box 7. Also, check box 7 above.

• With Forms 5498, file by May 31, 2019.

### Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following three-line address |
|---|---|
| ▼ | ▼ |
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Department of the Treasury Internal Revenue Service Center Austin, TX 73301 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

Cat. No. 14400O

Form **1096** (2018)

8080   ☐ VOID   ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AHKIR-97075
2310 E. Mound Rd→TROD-5B-03
DECATUR, ILLINOIS 62524

OMB No. 1545-0877

2018

Form 1099-A

**Acquisition or Abandonment of Secured Property**

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | Copy A |
|---|---|---|---|---|
| 32-8906300 | | 03/24/2021 | $ | For Internal Revenue Service Center |

BORROWER'S name
UNITED STATES DIST. COURT CENTRAL DIST. ILLINOIS, URBANA

3

4 Fair market value of property
$

File with Form 1096.

Street address (including apt. no.)
218 US Courthouse / 201 S. Vine street

5 If checked, the borrower was personally liable for repayment of the debt ► ☑

For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

City or town, state or province, country, and ZIP or foreign postal code
Urbana, Illinois 62524

6 Description of property
OSIRIS AHKIR TRUST

Account number (see instructions)
CASE # 21 MJ 3035

GSA SF2A BOND $?

Form **1099-A**   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

8080   ☐ VOID   ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AHKIR-97075
2310 E.Mound Rd-TROD-5B-03
DECATUR, ILLINOIS 62524

OMB No. 1545-0877

2018

Form 1099-A

**Acquisition or Abandonment of Secured Property**

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | Copy A |
|---|---|---|---|---|
| 32-8906300 | | 03/24/2021 | $ | For Internal Revenue Service Center |

BORROWER'S name
UNITED STATES DIST. COURT CENTRAL DIST. ILLINOIS, URBANA

3

4 Fair market value of property
$

File with Form 1096.

Street address (including apt. no.)
~~32-8906300~~ 218 US Courthouse

5 If checked, the borrower was personally liable for repayment of the debt ► ☑

For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

City or town, state or province, country, and ZIP or foreign postal code
Urbana, Illinois 62524

6 Description of property
OSIRIS AHKIR TRUST

Account number (see instructions)
CASE # 21 MJ 3035

GSA SF25 BOND $?

Form **1099-A**   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page

---

8080   ☐ VOID   ☑ CORRECTED

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OSIRIS AHKIR-97075
2310 E. Mound RD-TROD-5B-03
DECATUR, ILLINOIS 62524

OMB No. 1545-0877

2018

Form 1099-A

**Acquisition or Abandonment of Secured Property**

| LENDER'S TIN | BORROWER'S name | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | Copy A |
|---|---|---|---|---|
| 32-8906300 | | 03/24/2021 | $ | For Internal Revenue Service Center |

BORROWER'S name
UNITED STATES DIST. COURT CENTRAL DIST. ILLINOIS URBANA

3

4 Fair market value of property
$

File with Form 1096.

Street address (including apt. no.)
218 US Courthouse

5 If checked, the borrower was personally liable for repayment of the debt ► ☑

For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

City or town, state or province, country, and ZIP or foreign postal code
Urbana, Illinois 62524

6 Description of property
OSIRIS AHKIR TRUST

Account number (see instructions)
CASE # 21 MJ 3035

GSA SF25A BOND $?

Form **1099-A**   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

8585 · ☐ VOID · ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| OSIRIS AHKIR -97075 2310 E. Mound Rd. ⇒TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2018 | Cancellation of Debt |
| | 3 Interest if included in box 2 $ | Form 1099-C | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AHKIR TRUST GSA SF24 BOND $ ? So Recipient will fill out #2, #4, both same amount $ | Copy A For Internal Revenue Service Center File with Form 1096. |
|---|---|---|---|
| DEBTOR'S name UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA | | | |
| Street address (including apt. no.) 204 S. Main Street | | 5 Check here if the debtor was personally liable for repayment of the debt  ☑ | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code South Bend, Indiana 46601 | | | |
| Account number (see instructions) CASE # 3:18CR00094 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C · Cat. No. 26280W · www.irs.gov/Form1099C · Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8585 · ☐ VOID · ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| OSIRIS AHKIR -97075 2310 E. Mound Rd.-TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2018 | Cancellation of Debt |
| | 3 Interest if included in box 2 $ | Form 1099-C | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AHKIR TRUST GSA SF25 BOND $ ? So Recipient will fill out #2 #7 both same amount $ | Copy A For Internal Revenue Service Center File with Form 1096. |
|---|---|---|---|
| DEBTOR'S name UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA | | | |
| Street address (including apt. no.) 204 S. Main Street | | 5 Check here if the debtor was personally liable for repayment of the debt  ☑ | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code South Bend, Indiana 46601 | | | |
| Account number (see instructions) CASE # 3:18CR00094 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C · Cat. No. 26280W · www.irs.gov/Form1099C · Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8585 · ☐ VOID · ☑ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | |
|---|---|---|---|
| OSIRIS AHKIR -97075 2310 E. Mound Rd.⇒TROD-5B-03 Decatur, Illinois 62524 | 2 Amount of debt discharged $ | 2018 | Cancellation of Debt |
| | 3 Interest if included in box 2 $ | Form 1099-C | |

| CREDITOR'S TIN 32-8906300 | DEBTOR'S TIN | 4 Debt description OSIRIS AHKIR TRUST GSA SF25A BOND $ ? So Recipient will fill out #2 #7 both same amount $ | Copy A For Internal Revenue Service Center File with Form 1096. |
|---|---|---|---|
| DEBTOR'S name UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA | | | |
| Street address (including apt. no.) 204 S. Main Street | | 5 Check here if the debtor was personally liable for repayment of the debt  ☑ | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code South Bend, Indiana 46601 | | | |
| Account number (see instructions) CASE # 3:18CR00094 | | 6 Identifiable event code | 7 Fair market value of property $ |

Form 1099-C · Cat. No. 26280W

9696  ☐ VOID  ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2018 | OMB No. 1545-0117 | |
|---|---|---|---|
| OSIRIS AKHIR-97075 2310 E. Mound Rd.→TROD-5B-03 ~~Chicago~~, Illinois 62524 Decatur | $ 2 Other periodic interest $ | 2018 Form **1099-OID** | **Original Issue Discount** |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy A** |
|---|---|---|---|---|
| 32-8906300 | | 5 Market discount $ | 6 Acquisition premium $ | **For Internal Revenue Service Center** |

| RECIPIENT'S name UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA | 7 Description OSIRIS AHKIR TRUST GSA SF25A BOND $150 Recipient will fill out #1, #4, #8 #11 3 and all will be same $ | File with Form 1096. |
|---|---|---|

| Street address (including apt. no.) 204 S. Main Street | | |
|---|---|---|

| City or town, state or province, country, and ZIP or foreign postal code South Bend, Indiana 46601 | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.** |
|---|---|---|---|

| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
|---|---|---|---|

| Account number (see instructions) CASE# 3:18CR00094 | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |
|---|---|---|---|---|

Form **1099-OID**     Cat. No. 14421R     www.irs.gov/Form1099OID     Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

9696  ☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2018 $ 2 Other periodic interest $ | OMB No. 1545-0117 2018 Form **1099-OID** | **Original Issue Discount** |
|---|---|---|---|

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy A** |
|---|---|---|---|---|
| | | 5 Market discount $ | 6 Acquisition premium $ | **For Internal Revenue Service Center** |

| RECIPIENT'S name | 7 Description | File with Form 1096. |
|---|---|---|

| Street address (including apt. no.) | | |
|---|---|---|

| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2018 General Instructions for Certain Information Returns.** |
|---|---|---|---|

| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
|---|---|---|---|

| Account number (see instructions) | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |
|---|---|---|---|---|

Form **1099-OID**     Cat. No. 14421R     www.irs.gov/Form1099OID     Department of the Treasury - Internal Revenue Service

9696 ☐ VOID ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2018 | OMB No. 1545-0117 | |
|---|---|---|---|
| OSIRIS AKHIR - 97075 2310 E. Mound Rd → TROD-5B-03 Decatur, Illinois 62524 | $ | 2018 | **Original Issue Discount** |
| | 2 Other periodic interest $ | Form **1099-OID** | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A |
|---|---|---|---|---|
| 32-8906300 | | 5 Market discount $ | 6 Acquisition premium $ | For Internal Revenue Service Center |

RECIPIENT'S name
UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA

7 Description
OSIRIS AKHIR TRUST GSA SF24 BOND $ ? SO Recipient will fill out #1, #4, #8, #11 & all the same $$

File with Form 1096.

Street address (including apt. no.)
204 S. Main Street

City or town, state or province, country, and ZIP or foreign postal code
South Bend, IN 46601

| 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ |
|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

| FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
|---|---|---|

Account number (see instructions)
CASE # 3:18CR00094

| 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |
|---|---|---|---|

Form **1099-OID**     Cat. No. 14421R     www.irs.gov/Form1099OID     Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

9696 ☐ VOID ☑ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2018 | OMB No. 1545-0117 | |
|---|---|---|---|
| OSIRIS AKHIR - 97075 2310 S. Mound Rd-TROD-5B-03 Decatur, Illinois 62524 | $ | 2018 | **Original Issue Discount** |
| | 2 Other periodic interest $ | Form **1099-OID** | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | Copy A |
|---|---|---|---|---|
| 32-8906300 | | 5 Market discount $ | 6 Acquisition premium $ | For Internal Revenue Service Center |

RECIPIENT'S name
UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA

7 Description
OSIRIS AKHIR TRUST GSA SF25 BOND $ ? So cipients will fill out #1, #4, #8, #11 & all the same $

File with Form 1096.

Street address (including apt. no.)
204 S. Main Street

City or town, state or province, country, and ZIP or foreign postal code
South Bend, IN 46601

| 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ |
|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns.

| FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
|---|---|---|

Account number (see instructions)
CASE # 3:18CR00094

| 2nd TIN not ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |
|---|---|---|---|

Form **1099-OID**     Cat. No. 14421R     www.irs.gov/Form1099OID     Department of the Treasury - Internal Revenue Service

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DIST. CRT. CNTR
DIST. OF IL., URBANA
218 US COURTHOUSE, 201 S.
Vine St.
Urbana, IL. 61802

9590 9402 6445 0346 7752 41

2. Article Number *(Transfer from service label)*

7020 1810 0000 1904 4711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Address

B. Received by *(Printed Name)*   C. Date of Delive

C 17 C 19

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Recei

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DIST. COURT
NORTHERN DIST. OF INDIANA
102 FEDERAL BLDG 204S
Main Street
South Bend Indiana 46601

9590 9401 0047 5071 3073 24

2. Article Number (Transfer from service label)

7020 1810 0000 1904 4728

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

J Darrah                          2-9-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**Card 1**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: UNITED STATES DIST. COURT FOR THE NORTHERN DIST. OF INDIANA 204 S. Main Street South Bend, Indiana 46601

9590 9402 2984 7094 0571 37

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY
A. Signature X — ☐ Agent ☐ Addressee
B. Received by (Printed Name) — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Card 2**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: UNITED STATES DIST. COURT CENTER DIST. OF ILLINOIS, URBANA 218 US Courthouse 201 S. Vine Street Urbana, Illinois 61802

9590 9402 2984 7094 0571 06

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY
A. Signature X — ☐ Agent ☒ Addressee
B. Received by (Printed Name) — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type (same list as above)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Card 3**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Dept. of The Treasury Internal Revenue Service Ctr. P.O. Box 219256 Kansas City, MO 64121-9256

9590 9402 2984 7094 0571 44

7018 3090 0000 8045 9578

COMPLETE THIS SECTION ON DELIVERY
A. Signature X — ☐ Agent ☐ Addressee
B. Received by (Printed Name) RECEIVED 1683  C. Date of Delivery JAN 28 2020
D. Is delivery address different from item 1? ☐ Yes  ☐ No
INTERNAL REVENUE SERVICE KANSAS CITY, MO

3. Service Type (same list as above)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Attorney General / Kwame Raul
100 W. Randolph Street
Chicago, IL. 60601

9590 9402 5492 9249 8152 91

2. Article Number (Transfer from service label)
7019 1640 0000 9573 7481

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 1 3 20

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receip

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Warden / Marlo Butler-Jones
Decatur-Correction Center DC
2310 East Mound Road
Decatur, Illinois 62524

9590 9402 5492 9249 8164 58

2. Article Number (Transfer from service label)
7019 1640 0000 9573 7511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver
H. Warren   5-10-2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receip

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: ILLINOIS GOVERNOR / J.B. Pritzker
100 W. Randolph Street
Chicago, IL. 60601

9590 9402 5492 9249 8152 60

2. Article Number (Transfer from service label)
7019 1640 0000 9573 7504

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receip

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INDIANA ATTORNEY GENERAL /
Todd Rokita
302 W. Washington Street
Indianapolis, Indiana 46204

9590 9402 5492 9249 8152 22

2. Article Number *(Transfer from service label)*

7019 1640 0000 9573 7450

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CONTROLLER / Susana.
Mendoza
100 W. Randolph Street
Chicago, IL. 60601

9590 9402 5492 9249 8152 53

2. Article Number *(Transfer from service label)*

7019 1640 0000 9573 7429

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt