E-FILED
Wednesday, 25 May, 2022 12:13:12 PM
Clerk, U.S. District Court, ILCD

Omar Akbar Bey
c/o 6 S. Michigan Ave. #310
Chicago, Illinois-Territory [60603]
Zeeland North America

CERTIFIED MAIL
7019 1640 0000 9573 7610

UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS URBANA
T.I.N.# E9980337206
201 South Vine Street Room 203
Urbana Illinois 61802

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL 60649
MAY 23, 22
AMOUNT
$9.16
R2304M112145-08